# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

## LOUIS F. ROBERTSON, Appellant, v. FRANK C. SCHUMANN, Respondent.

*Evidence — damages — contract — breach of.*

This action was brought to recover for goods sold to defendant, who set up a counter-claim, alleging that the plaintiff had agreed to sell him 129 dozen sheep skins at three dollars and twenty-five cents per dozen, but had only delivered ten dozen, whereby the defendant was compelled to purchase the remainder at an increased price. Upon the trial, the defendant, after stating that he was forced to purchase these skins, testified: " I bought a lot at five dollars and fifty cents, which was the best I could do, and these, I admit, were altogether better, but I allowed for it in my statement here; I do not charge the difference, which would be two dollars and sixty cents, but allow for the size and quality of the skins, and make it one dollar and ninety-six cents." *Held*, that this evidence was admissible and that the jury were authorized to find that defendant's damage on each dozen of skins, not delivered by the plaintiff, was one dollar and ninety-six cents.

APPEAL from a judgment in favor of the defendant, entered upon the verdict of a jury, and from an order denying a motion for a new trial, made upon the minutes of the justice before whom the action was tried.

*Nehebas & Pitshke*, for the appellant. *Chas. M. Earle*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TALCOTT and PRATT, JJ.

Judgment and order denying new trial affirmed, with costs.